**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Civil Action No.: 17-cv-002123-REB-KMT*

OYZHANA WILLIAMS,

    Plaintiff,

v.

MICHAEL HAWKINS, Aurora Police Sergeant, in his individual capacity;
JORDAN ODNEAL, Aurora Police Officer, in his individual capacity; and
JOSE ORTIZ, Aurora Police Officer, in his individual capacity;

    Defendants.

## ENTRY OF APPEARANCE

Jordan C. Lubeck of the law firm of Kissinger & Fellman, P.C. hereby enters his appearance on behalf of Defendant Jose Ortiz (individual capacity only).

Respectfully submitted this 15th day of September 2017.

    By:    *s/ Jordan C. Lubeck*
                Jordan C. Lubeck
                KISSINGER & FELLMAN, P.C.
                Ptarmigan Place, Suite 900
                3773 Cherry Creek North Drive
                Denver, CO 80209
                Telephone: 303-320-6100
                Facsimile: 303-327-8601
                Email: jordan@kandf.com
                *Attorney for Defendant Jose Ortiz (individual capacity only)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Adam Frank, Esq. [adam@fas-law.com]
Faisal Salahuddin, Esq. [fas@fas-law.com]
*ATTORNEYS FOR PLAINTIFF*

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:  *N/A*

By: ***s/ Jordan C. Lubeck***
Jordan C. Lubeck
KISSINGER & FELLMAN, P.C.
Ptarmigan Place, Suite 900
3773 Cherry Creek North Drive
Denver, CO 80209
Telephone:  303-320-6100
Facsimile:  303-327-8601
Email:  jordan@kandf.com
*Attorney for Defendant Jose Ortiz (individual capacity only)*

2