**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-002123-REB-KMT

OYZHANA WILLIAMS,

Plaintiff,

v.

MICHAEL HAWKINS, Aurora Police Sergeant, in his individual capacity;
JORDAN ODNEAL, Aurora Police Officer, in his individual capacity; and
JOSE ORTIZ, Aurora Police Officer, in his individual capacity;

Defendants.

## ENTRY OF APPEARANCE

COMES NOW, attorney Michael T. Lowe of the law firm of Bruno, Colin & Lowe, P.C., and hereby enters his appearance for and on behalf of Defendants MICHAEL HAWKINS and JORDAN ODNEAL, in their individual capacities.

Dated and Respectfully Submitted, this 19th day of September, 2017.

                          *s/Michael T. Lowe*
                          Michael T. Lowe
                          Bruno, Colin & Lowe, P.C.
                          1999 Broadway, Suite 4300
                          Denver, CO  80202
                          Telephone:  (303) 831-1099
                          Facsimile:  (303) 831-1088
                          E-mail:  mlowe@brunolawyers.com
                          *Attorney for Defendants Officers Hawkins and Odneal (Individual Capacity)*

2

**CERTIFICATE OF SERVICE BY CM/ECF**

I hereby certify that on September 19, 2017, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Adam Frank  adam@fas-law.com
Faisal Salahuddin  fas@fas-law.com
Jonathan M. Abramson  jonathan@kandf.com

*s/Marla A. Brock*
Marla A. Brock, Paralegal
Bruno, Colin & Lowe, P.C.
