**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Civil Action No.: 17-cv-002123-REB-KMT*

---

OYZHANA WILLIAMS,

    Plaintiff,

v.

MICHAEL HAWKINS, Aurora Police Sergeant, in his individual capacity;
JORDAN ODNEAL, Aurora Police Officer, in his individual capacity; and
JOSE ORTIZ, Aurora Police Officer, in his individual capacity;

    Defendants.

---

**DEFENDANT ORTIZ' ANSWER TO COMPLAINT AND JURY DEMAND**

Defendant Jose Ortiz ("Defendant Ortiz"), by and through counsel, Jonathan M. Abramson, Esq. and Jordan C. Lubeck, Esq., of Kissinger & Fellman, P.C., hereby submits the following Answer to Plaintiff's Complaint and Jury Demand (Doc. 1) ("Complaint").

**ANSWER TO INTRODUCTION**

1. Paragraph 1 of the Complaint is void of a claim or allegation of any kind and, therefore, a response is not warranted. To the extent a response is required, Defendant Ortiz denies the allegation(s) contained in Paragraph 1 of the Complaint.

2. As to the allegation(s) contained in Paragraph 2 of the Complaint, Defendant Ortiz admits he was dispatched to the UCHealth Emergency Room located at 15300 E. Mississippi Avenue in Aurora, Colorado on December 22, 2015. Defendant Ortiz denies the remaining allegations(s) contained in Paragraph 2 of the Complaint.

3. As to the allegation(s) contained in Paragraph 3 of the Complaint, Defendant Ortiz admits that this Court has jurisdiction over Plaintiff's claims. The remainder of Paragraph 3 of the Complaint is void of any claim(s) or allegation(s) and, therefore, a response is not warranted. To the extent a response is required, Defendant Ortiz denies the remaining allegation(s) contained in Paragraph 3 of the Complaint.

4. Paragraph 4 of the Complaint states a legal conclusion to which no response is required. To the extent a response is required, Defendant Ortiz denies the allegation(s) contained in Paragraph 4 of the Complaint.

5. Defendant Ortiz admits the allegation(s) contained in Paragraph 5 of the Complaint.

## ANSWER TO PARTIES

6. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 6 of the Complaint, and, therefore denies the same.

7. As to the allegation(s) contained in Paragraph 7 of the Complaint, Defendant Ortiz admits Defendant Hawkins is an Aurora Police Department Sergeant who was, at all times relevant to this litigation, acting under the color of state law. Defendant Ortiz denies the remaining allegation(s) contained in Paragraph 7 of the Complaint.

8. As to the allegations contained in Paragraph 8 of the Complaint, Defendant Ortiz admits Defendant Odneal is an Aurora Police Department Officer who was, at all times relevant to this litigation, acting under the color of state law. Defendant Ortiz denies the remaining allegation(s) contained in Paragraph 8 of the Complaint.

9. As to the allegations contained in Paragraph 9 of the Complaint, Defendant Ortiz admits he is an Aurora Police Department Officer who was, at all times relevant to this litigation, acting under the color of state law. Defendant Ortiz denies the remaining allegation(s) contained in Paragraph 9 of the Complaint.

## ANSWER TO FACTUAL ALLEGATIONS

10. Defendant Ortiz admits the allegation(s) contained in Paragraph 10 of the Complaint.

11. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 11 of the Complaint, and, therefore denies the same.

12. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 12 of the Complaint, and, therefore denies the same.

13. Defendant Ortiz admits the allegation(s) contained in Paragraph 13 of the Complaint.

14. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 14 of the Complaint, and, therefore denies the same.

15. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 15 of the Complaint, and, therefore denies the same.

16. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 16 of the Complaint, and, therefore denies the same.

17. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 17 of the Complaint, and, therefore denies the same.

18. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 18 of the Complaint, and, therefore denies the same.

19. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 19 of the Complaint, and, therefore denies the same.

20. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 20 of the Complaint, and, therefore denies the same.

21. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 21 of the Complaint, and, therefore denies the same.

22. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 22 of the Complaint, and, therefore denies the same.

23. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 23 of the Complaint, and, therefore denies the same.

24. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 24 of the Complaint, and, therefore denies the same.

25. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 25 of the Complaint, and, therefore denies the same.

26. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 26 of the Complaint, and, therefore denies the same.

27. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 27 of the Complaint, and, therefore denies the same.

28. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 28 of the Complaint, and, therefore denies the same.

29. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 29 of the Complaint, and, therefore denies the same.

23. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 23 of the Complaint, and, therefore denies the same.

24. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 24 of the Complaint, and, therefore denies the same.

25. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 25 of the Complaint, and, therefore denies the same.

26. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 26 of the Complaint, and, therefore denies the same.

27. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 27 of the Complaint, and, therefore denies the same.

28. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 28 of the Complaint, and, therefore denies the same.

29. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 29 of the Complaint, and, therefore denies the same.

30. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 30 of the Complaint, and, therefore denies the same.

31. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 31 of the Complaint, and, therefore denies the same.

32. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 32 of the Complaint, and, therefore denies the same.

33. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 33 of the Complaint, and, therefore denies the same.

34. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 34 of the Complaint, and, therefore denies the same.

35. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 35 of the Complaint, and, therefore denies the same.

36. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 36 of the Complaint, and, therefore denies the same.

37. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 37 of the Complaint, and, therefore denies the same.

38. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 38 of the Complaint, and, therefore denies the same.

39. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 39 of the Complaint, and, therefore denies the same.

40. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 40 of the Complaint, and, therefore denies the same.

41. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 41 of the Complaint, and, therefore denies the same.

42. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 42 of the Complaint, and, therefore denies the same.

43. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 43 of the Complaint, and, therefore denies the same.

44. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 44 of the Complaint, and, therefore denies the same.

45. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 45 of the Complaint, and, therefore denies the same.

46. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 46 of the Complaint, and, therefore denies the same.

47. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 47 of the Complaint, and, therefore denies the same.

48. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 48 of the Complaint, and, therefore denies the same.

49. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 49 of the Complaint, and, therefore denies the same.

50. Defendant Ortiz admits the allegation(s) contained in Paragraph 50 of the Complaint.

51. Defendant Ortiz admits the allegation(s) contained in Paragraph 51 of the Complaint.

52. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the allegation(s) contained in Paragraph 52 of the Complaint, and, therefore denies the same.

53. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the allegation(s) contained in Paragraph 53 of the Complaint, and, therefore denies the same.

54. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the allegation(s) contained in Paragraph 54 of the Complaint, and, therefore denies the same.

55. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the allegation(s) contained in Paragraph 55 of the Complaint, and, therefore denies the same.

56. As to the allegation(s) contained in Paragraph 56 of the Complaint, Defendant Ortiz admits there is a video of the incident. Defendant Ortiz denies the remaining allegation(s) contained in Paragraph 56 of the Complaint.

57. Defendant Ortiz admits the allegation(s) contained in Paragraph 57 of the Complaint.

58. As to the allegation(s) contained in Paragraph 58 of the Complaint, Defendant Ortiz admits Defendant Hawkins was injured. Defendant Ortiz denies the remaining allegation(s) contained in Paragraph 58 of the Complaint.

59. Defendant Ortiz denies the allegation(s) contained in Paragraph 59 of the Complaint.

60. Defendant Ortiz admits the allegation(s) contained in Paragraph 60 of the Complaint.

61. Defendant Ortiz admits the allegation(s) contained in Paragraph 61 of the Complaint.

62. Defendant Ortiz denies the allegation(s) contained in Paragraph 62 of the Complaint.

63. As to the allegation(s) contained in Paragraph 63 of the Complaint, Defendant Ortiz states that said affidavit speaks for itself and no further response is required. To the extent a response is required, Defendant Ortiz denies the remaining allegation(s) contained in Paragraph 63 of the Complaint.

64. Defendant Ortiz denies the allegation(s) contained in Paragraph 64 of the Complaint.

65. As to the allegation(s) contained in Paragraph 65 of the Complaint, Defendant Ortiz admits Defendant Hawkins wrote a report regarding the incident. Defendant Ortiz denies the remaining the allegation(s) contained in Paragraph 65 of the Complaint.

66. As to the allegation(s) contained in Paragraph 66 of the Complaint, Defendant Ortiz states that said report speaks for itself and no further response is required. To the extent a response is required, Defendant Ortiz denies the remaining allegation(s) contained in Paragraph 66 of the Complaint.

67. As to the allegation(s) contained in Paragraph 67 of the Complaint, Defendant Ortiz admits Defendant Odneal wrote a report regarding the incident. Defendant Ortiz denies the remaining the allegation(s) contained in Paragraph 67 of the Complaint.

68. As to the allegation(s) contained in Paragraph 68 of the Complaint, Defendant Ortiz states that said report speaks for itself and no further response is required. To the extent a response is required, Defendant Ortiz denies the remaining allegation(s) contained in Paragraph 68 of the Complaint.

69. Defendant Ortiz admits the allegation(s) contained in Paragraph 69 of the Complaint.

70. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the allegation(s) contained in Paragraph 70 of the Complaint, and, therefore denies the same.

71. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the allegation(s) contained in Paragraph 71 of the Complaint, and, therefore denies the same.

72. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the allegation(s) contained in Paragraph 72 of the Complaint, and, therefore denies the same.

73. Upon information and belief, Defendant Ortiz admits the allegation(s) contained in Paragraph 73 of the Complaint.

74. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the allegation(s) contained in Paragraph 74 of the Complaint, and, therefore denies the same.

75. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the allegation(s) contained in Paragraph 75 of the Complaint, and, therefore denies the same.

76. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the allegation(s) contained in Paragraph 76 of the Complaint, and, therefore denies the same.

77. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 77 of the Complaint, and, therefore denies the same.

78. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 78 of the Complaint, and, therefore denies the same.

79. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the allegation(s) contained in Paragraph 79 of the Complaint, and, therefore denies the same.

### ANSWER TO FIRST CAUSE OF ACTION
### Excessive Force
### Fourth Amendment; 42 U.S.C. §1983
### (Defendants Hawkins, Odneal)

80. Defendant Ortiz incorporates the responses in Paragraphs 1 through 79 above as if fully set forth herein.

81. Paragraph 81 of the Complaint contains no allegation(s) directed to Defendant Ortiz and thus, he need not respond to such allegation(s). To the extent a response is required, Defendant Ortiz denies the allegation(s) contained in Paragraph 81 of the Complaint.

82. Paragraph 82 of the Complaint contains no allegation(s) directed to Defendant Ortiz and thus, he need not respond to such allegation(s). To the extent a response is required, Defendant Ortiz denies the allegation(s) contained in Paragraph 82 of the Complaint.

83. Paragraph 83 of the Complaint contains no allegation(s) directed to Defendant Ortiz and thus, he need not respond to such allegation(s). To the extent a response is required, Defendant Ortiz denies the allegation(s) contained in Paragraph 83 of the Complaint.

### ANSWER TO SECOND CAUSE OF ACTION
### Fourth Amendment; 42 U.S.C. §1983
### (Defendant Hawkins)

84. Defendant Ortiz incorporates the responses in Paragraphs 1 through 83 above as if fully set forth herein.

85. Paragraph 85 of the Complaint contains no allegation(s) directed to Defendant Ortiz and thus, he need not respond to such allegation(s). To the extent a response is required,

Defendant Ortiz denies the allegation(s) contained in Paragraph 85 of the Complaint.

86. Paragraph 86 of the Complaint contains no allegation(s) directed to Defendant Ortiz and thus, he need not respond to such allegation(s).  To the extent a response is required, Defendant Ortiz denies the allegation(s) contained in Paragraph 86 of the Complaint.

87. Paragraph 87 of the Complaint contains no allegation(s) directed to Defendant Ortiz and thus, he need not respond to such allegation(s).  To the extent a response is required, Defendant Ortiz denies the allegation(s) contained in Paragraph 87 of the Complaint.

88. Paragraph 88 of the Complaint contains no allegation(s) directed to Defendant Ortiz and thus, he need not respond to such allegation(s).  To the extent a response is required, Defendant Ortiz denies the allegation(s) contained in Paragraph 88 of the Complaint.

89. Paragraph 89 of the Complaint contains no allegation(s) directed to Defendant Ortiz and thus, he need not respond to such allegation(s).  To the extent a response is required, Defendant Ortiz denies the allegation(s) contained in Paragraph 89 of the Complaint.

**ANSWER TO THIRD CAUSE OF ACTION**
**Unlawful Arrest and Unlawful Detention**
**Fourth Amendment; 42 U.S.C. §1983**
**(Defendant Hawkins, Odneal, Ortiz)**

90. Defendant Ortiz incorporates the responses in Paragraphs 1 through 89 above as if fully set forth herein.

91. Defendant Ortiz denies the allegation(s) contained in Paragraph 91 of the Complaint.

92. Defendant Ortiz denies the allegation(s) contained in Paragraph 92 of the Complaint.

93. As to the allegation(s) contained in Paragraph 93 of the Complaint, Defendant Ortiz denies Plaintiff was wrongfully detained. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the truth of the remaining allegation(s) contained in Paragraph 93 of the Complaint, and, therefore denies the same.

### ANSWER TO FOURTH CAUSE OF ACTION
### Malicious Prosecution
### Fourth Amendment; 42 U.S.C. §1983
### (Defendant Hawkins, Odneal, Ortiz)

94. Defendant Ortiz incorporates the responses in Paragraphs 1 through 93 above as if fully set forth herein.

95. Defendant Ortiz denies the allegation(s) contained in Paragraph 95 of the Complaint.

96. Defendant Ortiz is without knowledge or information sufficient to form a belief as to the allegation(s) contained in Paragraph 96 of the Complaint, and, therefore denies the same.

97. Defendant Ortiz denies the allegation(s) contained in Paragraph 97 of the Complaint.

98. Defendant Ortiz denies the allegation(s) contained in Paragraph 98 of the Complaint.

99. Defendant Ortiz denies the allegation(s) contained in Paragraph 99 of the Complaint.

100. Defendant Ortiz denies the allegation(s) contained in Paragraph 100 of the Complaint.

## ANSWER TO PRAYER FOR RELIEF

The Prayer for Relief of the Complaint is void of a claim or allegation of any kind and, therefore, a response is not warranted. To the extent a response is required, Defendant Ortiz denies the allegation(s) contained in the Prayer for Relief of the Complaint.

## GENERAL DENIAL

Defendant Ortiz denies each and every allegation not specifically admitted herein.

## AFFIRMATIVE DEFENSES

1. Plaintiff's Complaint fails to state a valid claim upon which relief may be granted.

2. Plaintiff has failed to reasonably mitigate her damages, if any, and has failed to exercise due diligence in an effort to mitigate her damages, and to the extent of such failure to mitigate, any damages awarded to Plaintiff should be reduced accordingly.

3. Plaintiff's injuries, damages and losses, if any, are the result of Plaintiff's unlawful and intentional conduct.

4. Defendant Ortiz, in his individual capacity, is entitled to qualified immunity as his actions did not violate Plaintiff's clearly established statutory or constitutional rights. Defendant Ortiz' actions were at all times undertaken with a good faith belief in the lawfulness of his actions and such actions were objectively reasonable under the circumstances with which he was confronted.

5. Defendant Ortiz was properly exercising his public duties pursuant to C.R.S. § 18-1-701. Further, Defendant Ortiz was properly exercising his police powers and authority vested in him by virtue of C.R.S. §§ 16-3-101, 16-3-102, 16-3-103 and C.R.S. § 18-1-707.

6. Plaintiff's damages, if any, were not approximately caused by any act or omission of Defendant Ortiz.

7. At all times material, Plaintiff was accorded all rights, privileges and immunities guaranteed her by the Constitution and laws of the United States of America.

8. Plaintiff's claims against Defendant Ortiz are substantially frivolous and groundless, entitling Defendant Ortiz to recover his reasonable expenses, including attorneys' fees, pursuant to 42 U.S.C. §1988 and Fed. R. Civ. P. Rule 11.

9. Defendant Ortiz reserves the right to assert any and all additional affirmative defenses.

## JURY DEMAND

Defendant Ortiz hereby demands that this case be tried to a jury pursuant to Fed. R. Civ. P. 38.

Dated this 13th day of November, 2017.

By: *s/ Jonathan M. Abramson*
Jonathan M. Abramson
KISSINGER & FELLMAN, P.C.
Ptarmigan Place, Suite 900
3773 Cherry Creek North Drive
Denver, CO 80209
Telephone:  303-320-6100
Facsimile:  303-327-8601
Email:  jonathan@kandf.com
*Attorney for Defendant Jose Ortiz (individual capacity only)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Adam Frank, Esq. [adam@fas-law.com]
Faisal Salahuddin, Esq. [fas@fas-law.com]
*ATTORNEYS FOR PLAINTIFF*

Michael T. Lowe, Esq. [mlowe@brunolawyers.com]
*ATTORNEY FOR DEFENDANTS HAWKINS AND ODNEAL*

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:  *N/A*

By: ***s/ Jonathan M. Abramson***
Jonathan M. Abramson
KISSINGER & FELLMAN, P.C.
Ptarmigan Place, Suite 900
3773 Cherry Creek North Drive
Denver, CO 80209
Telephone:  303-320-6100
Facsimile:  303-327-8601
Email:  jonathan@kandf.com
*Attorney for Defendant Jose Ortiz (individual capacity only)*

17