IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 17-cv-02123-REB-KMT | Date: | November 16, 2017 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                *Counsel:*

OYZHANA WILLIAMS,                  Adam Frank
                                                    Faisal Salahuddin

    Plaintiff,

v.

MICHAEL HAWKINS, Aurora Police Sergeant, in his    Michael Lowe
individual capacity,                                     Jonathan Abramson
JORDAN ODNEAL, Aurora Police Officer, in his
individual capacity, and
JOSE ORTIZ, Aurora Police Officer, in his individual
capacity,

    Defendants.

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

**10:04 a.m.**      **Court in session.**

Court calls case. Appearances of counsel.

Final Pretrial/Trial Preparation Conference is set for September 6, 2018 at 11:00 a.m. and a 5 day jury trial is set for September 24, 2018 at 8:30 a.m. before District Judge Robert E. Blackburn. A separate written order will be issued.

Counsel confirm initial disclosures have been exchanged.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Each side shall be limited to 10 depositions, including/excluding experts.
Depositions shall not exceed 7 hours, without prior agreement or absent leave of court.
The parties agree to limit interrogatories to 25 to each Defendant and a total of 30 from all Defendants to Plaintiff.
The parties agree to limit requests for admission and requests for production to 25 to each Defendant and a total of 25 from all Defendants to Plaintiff.

Joinder of Parties/Amendment to Pleadings:  January 8, 2018
Discovery Cut-off:   May 18, 2018
Dispositive Motions Deadline:   June 18, 2018
Each side shall be limited to 4 retained expert witnesses, absent leave of court.
Disclosure of Affirmative Experts:    February 28, 2018
Disclosure of Rebuttal Experts:  April 11, 2018

Written Discovery shall be served 30 days prior to the discovery cutoff.

**Scheduling Order entered.**

**10:32 a.m.      Court in recess.**

Hearing concluded.
Total in-court time:   00:28

*To order transcripts of hearings, please contact  Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.