**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

*Civil Action No. 17-cv-02123-REB-KMT*

OYZHANA WILLIAMS,

    Plaintiff,

v.

MICHAEL HAWKINS, Aurora Police Sergeant, in his individual capacity;
JORDAN ODNEAL, Aurora Police Officer, in his individual capacity; and
JOSE ORTIZ, Aurora Police Officer, in his individual capacity;

    Defendants.

**NON-PARTY CITY OF AURORA'S MOTION FOR LEAVE TO**
**FILE ITS MOTION TO QUASH OUT OF TIME**

Non-party City of Aurora, Colorado (the "City"), through undersigned counsel, respectfully requests leave to file out of time its Motion to Quash Plaintiff's Subpoena to Produce. In support of this requested leave, the City states as follows:

**D.C.COLO.LCivR 7.1 CONFERRAL**

Undersigned counsel conferred with Plaintiff's counsel regarding the subject matter of this Motion. Plaintiff opposes this Motion and asserts that any motion to quash filed at this time would be untimely due to the failure to serve objections to the subpoena.

**MOTION**

On behalf of the City, undersigned counsel agreed to waive service of Plaintiff's Subpoena to Produce Documents ("Subpoena") on October 30, 2017.[1] Pursuant to Fed.

---

[1] Plaintiff's counsel contacted the Office of the City Attorney with a prior version of the subpoena directed to the *Aurora Police Department* on October 27, 2017. A revised version of the subpoena directed to the

R. Civ. P. 45(d)(2)(B), objections to a subpoena must be served before the earlier of the time specified for compliance or fourteen (14) days after the subpoena is served. In this case, that would have been Monday, November 13, 2017. Fed. R. Civ. P. 45(d)(3)(A) also provides that "[o]n timely motion," the Court may quash a subpoena. The rule does not define "timely." *See* Fed. R. Civ. P. 45(d)(3)(A).

Shortly after receiving the Subpoena, the City determined that it would object to certain categories of documents and would seek to quash certain portions of the Subpoena. It was my failure, as counsel to City, to properly calendar the deadline for serving any objections to the Subpoena. I had, incorrectly, regarded this matter similar to a state court subpoena, in which the City can file a motion to quash up to the day before the production deadline. The error was brought to my attention by Plaintiff's counsel on Thursday, November 15, 2017, after I requested an extension of time on production and to file a motion to quash.

The City acknowledges that it failed to meet the objection deadline set forth in Fed. R. Civ. P. 45(d)(2)(B). However, this failure should not constitute a waiver of those objections nor should it preclude the City from filing a motion to quash under Fed. R. Civ. P. 45(d)(3)(A). This case is in its infancy and discovery between the parties has not yet begun. Additionally, the Motion to Quash will be filed in advance of the production deadline, giving Plaintiff notice and opportunity to respond. No party will be prejudiced by the filing of a motion to quash at this time.

---

*City of Aurora*, which is the operative subpoena in this matter, was emailed to undersigned counsel on October 30, 2017. Pursuant to Fed. R. Civ. P. 5(b)(2)(E), service was effective upon transmission.

For the reasons stated above, the City respectfully requests that Court grant leave for it to file its Motion to Quash, filed contemporaneously with this Motion.

Submitted this 19th day of November, 2017.

                                              *s/ Nancy C. Rodgers*
                                              Nancy C. Rodgers
                                              OFFICE OF THE AURORA CITY ATTORNEY
                                              15151 E. Alameda Parkway, Suite 5300
                                              Aurora, CO 80012
                                              303-739-7030
                                              nrodgers@auroragov.org
                                              *Attorney for City of Aurora, Colorado*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of November 2017, I electronically filed the foregoing NON-PARTY CITY OF AURORA'S MOTION FOR LEAVE TO FILE ITS MOTION TO QUASH OUT OF TIME with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Adam Frank, adam@fas-law.com,  *Attorney for Plaintiff Williams*
Faisal Salahuddin, fas@fas-law.com, *Attorney for Plaintiff Williams*

Jonathan M. Abramson, jonathan@kandf.com, *Attorney for Defendant Ortiz*

Michael T. Lowe, mlowe@brunolawyers.com, *Attorney for Defendants Hawkins, Odneal*

                                              *s/ Nancy C. Rodgers*