**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-02123-REB-KMT

OYZHANA WILLIAMS,

    Plaintiff,

v.

MICHAEL HAWKINS, Aurora Police Sergeant, in his individual capacity;
JORDAN ODNEAL, Aurora Police Officer, in his individual capacity;
JOSE ORTIZ, Aurora Police Officer, in his individual capacity,

    Defendants.

---

**STIPULATION TO 21-DAY EXTENSION OF TIME FOR THE PARTIES TO RESPOND TO THE PENDING MOTION TO QUASH (ECF No. 23)**

---

Pursuant to D.C.COLO.LCivR 6.1, the parties and the City of Aurora hereby stipulate to a 21-day extension of time for each party to respond to the pending motion to quash, ECF No. 23. The deadline to file a response to the motion to quash will be January 2, 2018.

                                          *s/ Adam Frank*
                                          Adam Frank
                                          FRANK & SALAHUDDIN, LLC
                                          1741 High Street
                                          Denver, CO 80218
                                          Telephone: (303) 974-1084
                                          Fax: (303) 974-1085
                                          adam@fas-law.com

## C<small>ERTIFICATE OF</small> S<small>ERVICE</small>

I hereby certify that on December 5, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that a copy of the foregoing was served via electronic mail through the CM/ECF system, addressed to the following:

Jonathan Abramson
jonathan@kandf.com

Mike Lowe
mlowe@brunolawyers.com

Nancy Rodgers
nrodgers@auroragov.org

Jordan Lubeck
jordan@kandf.com

*s/Lena Andrews*
Paralegal
F<small>RANK</small> & S<small>ALAHUDDIN</small> LLC