**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-002123-REB-KMT

OYZHANA WILLIAMS,

Plaintiff,

v.

MICHAEL HAWKINS, Aurora Police Sergeant, in his individual capacity;
JORDAN ODNEAL, Aurora Police Officer, in his individual capacity; and
JOSE ORTIZ, Aurora Police Officer, in his individual capacity;

Defendants.

---

**ENTRY OF APPEARANCE**

---

COMES NOW, attorney Carrie L. Slinkard of the law firm of Bruno, Colin & Lowe, P.C., and hereby enters her appearance for and on behalf of Defendants MICHAEL HAWKINS and JORDAN ODNEAL, in their individual capacities.

Dated and Respectfully Submitted, this 5th day of December, 2017.


*s/Carrie L. Slinkard*
Carrie L. Slinkard
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 4300
Denver, CO  80202
Telephone:  (303) 831-1099
Facsimile:   (303) 831-1088
E-mail:  cslinkard@brunolawyers.com
*Attorney for Defendants Officers Hawkins and
Odneal (Individual Capacity*)

## CERTIFICATE OF SERVICE BY CM/ECF

I hereby certify that on December 5, 2017, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Adam Frank  adam@fas-law.com
Faisal Salahuddin  fas@fas-law.com
Jonathan M. Abramson jonathan@kandf.com

*s/Marla A. Brock*_____
Marla A. Brock, Paralegal
Bruno, Colin & Lowe, P.C.

2