IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02123-REB-KMT

OYZHANA WILLIAMS,

    Plaintiff,

v.

MICHAEL HAWKINS, Aurora Police Sergeant, in his individual capacity;
JORDAN ODNEAL, Aurora Police Officer, in his individual capacity;
JOSE ORTIZ, Aurora Police Officer, in his individual capacity,

    Defendants.

## UNOPPOSED MOTION FOR 21-DAY EXTENSION OF TIME FOR THE PARTIES TO RESPOND TO THE PENDING MOTION TO QUASH (ECF No. 23)

Ms. Williams, through counsel, respectfully requests that this Court grant the parties a 21-day extension of time to respond to the City of Aurora's motion to quash. As grounds, she states the following:

1. Counsel has conferred with opposing counsel as well as counsel for the City of Aurora pursuant to District of Colorado Local Rule 7.1. Opposing counsel and the City of Aurora were all willing to stipulate to the relief requested in this motion.

2. Counsel for Ms. Williams believed that the requested extension was subject to District of Colorado Local Rule 6.1 governing stipulated extensions of time. Pursuant to that rule, counsel filed a stipulated agreement for a 21-day extension of time for all parties to respond to ECF No. 23. ECF No. 27.

3. Counsel received a phone call from a clerk informing counsel that counsel's request could not be effectuated by a stipulation. The clerk informed counsel that counsel's request required a motion and proposed order. While counsel remains unsure as to why the stipulation was not properly entered under Local Rule 6.1, counsel defers to this Court regarding the proper interpretation of the local rules and apologizes for counsel's incorrect interpretation.

4. Given the agreement of all parties, Ms. Williams requests that the Court grant her the requested relief.

5. Granting the requested relief would allow the motion to quash to be fully briefed prior to the hearing date set by the Magistrate Judge on January 22, 2018. It would therefore cause no prejudice.

6. Counsel for Ms. Williams concedes that he makes this request based on the press of business. Counsel is aware that Judge Blackburn's practice standards frown on such a request. Counsel can only submit that he believed that the stipulation he filed was proper under Local Rule 6.1 and planned his work schedule around that belief.

Wherefore, Ms. Williams respectfully requests that this Honorable Court grant a 21-day extension for parties to respond to the pending motion to quash, ECF No. 23.

Respectfully submitted, December 5, 2017.

*s/ Adam Frank*
Adam Frank

                                                      FRANK & SALAHUDDIN, LLC
                                                      1741 High Street
                                                      Denver, CO 80218
                                                      Telephone: (303) 974-1084
                                                      Fax: (303) 974-1085
                                                      [adam@fas-law.com](mailto:adam@fas-law.com)
                                                      Attorney for OyZhana Williams

## CERTIFICATE OF SERVICE

      I hereby certify that on December 5, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that a copy of the foregoing was served via electronic mail through the CM/ECF system, addressed to the following:

Jonathan Abramson
jonathan@kandf.com

Mike Lowe
mlowe@brunolawyers.com

Nancy Rodgers
nrodgers@auroragov.org

Jordan Lubeck
jordan@kandf.com

*s/Adam Frank*
FRANK & SALAHUDDIN LLC