IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02123-REB-KMT

OYZHANA WILLIAMS,

    Plaintiff,

v.

MICHAEL HAWKINS, Aurora Police Sergeant, in his individual capacity;
JORDAN ODNEAL, Aurora Police Officer, in his individual capacity;
JOSE ORTIZ, Aurora Police Officer, in his individual capacity,

    Defendants.

---

**[PROPOSED] ORDER RE: UNOPPOSED MOTION FOR 21-DAY EXTENSION OF TIME FOR THE PARTIES TO RESPOND TO THE PENDING MOTION TO QUASH (ECF No. 23)**

---

The Court ORDERS as follows:

The Unopposed Motion for 21-Day Extension of Time for the Parties to Respond to the Pending Motion to Quash (ECF No. 23) is GRANTED.

Dated this ___ day of December, 2017

                                                      BY THE COURT:

                                                      _____
                                                      United States District Court Judge