# AURORA POLICE DEPARTMENT
# DIRECTIVES MANUAL

| 5.3 | EFFECTIVE: September 1, 1998 | |
|---|---|---|
| | REVISED: May 3, 2011 | _____<br>Daniel J. Oates, Chief of Police |
| SUBJECT: USE OF PHYSICAL FORCE | | |
| REFERENCES: CRS 18-1-704 | | |
| | | PAGE: 1 of 2 |
| Annual Review: Professional Standards Section Lieutenant | | |

5.3     USE OF PHYSICAL FORCE

Physical force is defined as actual physical contact with a person. Physical force may be used to:

- Overcome resistance to lawful authority;

- Ensure compliance with lawful orders.

Members may employ physical force to defend themselves or another person from what the member perceives to be the imminent use of unlawful physical force. Members will use reasonable force when force is used to accomplish lawful objectives.

A sworn-member having probable cause to believe that an individual committed a criminal offense, may use only that force which is reasonable and necessary to affect an arrest, prevent an escape, or to overcome resistance.

Members will treat suspects and prisoners in a fair and humane manner. Members will not mentally or physically abuse any prisoner in custody or use excessive force. Members will not strike a handcuffed prisoner except in the extraordinary articulable circumstances where a handcuffed suspect or prisoner violently attacks the member or another and places the member or another at risk of serious bodily injury or death and lesser means have been attempted and failed or are not feasible.

Members will attempt to utilize those control techniques and tactics that are departmentally approved. Those control techniques and tactics should employ maximum effectiveness with the minimum force needed to control the incident.

Members using any force that results in injury will arrange for reasonable, timely and appropriate medical treatment in accordance with established procedures.

5.3.1   <u>Carotid Control Hold</u>

**Directive Manual (Revised: 5-3-2011)**
**5.3  USE OF PHYSICAL FORCE**                                    **Daniel J. Oates**          **Page 2 of 2**

---

Members may utilize the carotid control hold when they are met with violent resistance. This method should be used when lesser means have been tried unsuccessfully or lesser means are not feasible.

The carotid control hold is a higher level of force with more inherent risks than other weaponless control techniques; therefore, a greater standard of care is required in its use.

In every case where the carotid control hold has been applied, AFD Rescue will be summoned to examine the individual, whether they have been rendered unconscious or not. Members will inform AFD rescue personnel of the hold applied and whether or not the individual lost consciousness.

5.3.2   Soft Restraints

Soft restraints may be used as leg restraints to secure prisoner's ankles in violent and/or dangerous situations, or in those instances in which the member reasonably believes the prisoner to be an escape risk. Members should avoid securing restrained feet to the handcuffs or hands of the prisoner. Members will attempt to secure restrained feet to a waist chain, heavy belt, second hobble (or like device) to control violent/dangerous prisoners.

Soft restraints may also be used in place of handcuffs when handcuffs are not available or as a waist chain.