IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-002123-REB-KMT

OYZHANA WILLIAMS,

    Plaintiff,

v.

MICHAEL HAWKINS, Aurora Police Sergeant, in his individual capacity;
JORDAN ODNEAL, Aurora Police Officer, in his individual capacity; and
JOSE ORTIZ, Aurora Police Officer, in his individual capacity;

    Defendants.

## ENTRY OF APPEARANCE

Faisal Salahuddin, of FRANK & SALAHUDDIN LLC, a duly licensed attorney in the United States District Court and in the State of Colorado, hereby enters his appearance on behalf of the Plaintiff.

Respectfully submitted, January 22, 2018.

FRANK & SALAHUDDIN LLC

s/ *Faisal Salahuddin*
Faisal Salahuddin
1741 High Street
Denver, CO 80218
(303) 974-1084
fas@fas-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2018, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system. I further certify that a copy of the foregoing was served via electronic mail through the CM/ECF system, addressed to the following:

Jonathan M. Abramson
jonathan@kandf.com

Jordan C. Lubeck
jordan@kandf.com

Michael T. Lowe
mlowe@brunolawyers.com

*s/Lena Andrews*
Paralegal
FRANK & SALAHUDDIN LLC

2