IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 17–cv–02123–REB–KMT | Date: | January 22, 2018 |
| Courtroom Deputy: | Irene Parker | FTR: | Courtroom C-201 |

*Parties:*  *Counsel:*

OYZHANA WILLIAMS,                         Adam Frank
                                          Faisal Ahmed Salahuddin
    Plaintiffs,

v.

MICHAEL HAWKINS, Aurora Police Sergeant, in his          Michael Turner Lowe
individual capacity,

JORDAN ODNEAL, Aurora Police Officer, in his             Michael Turner Lowe
individual capacity, and

JOSE ORTIZ, Aurora Police Officer, in his individual     Jonathan Marshall Abramson
capacity,

    Defendants.

THE CITY OF AURORA, COLORADO                             Nancy Cornish Rodgers

    Interested Party.

---

### COURTROOM MINUTES

---

**MOTION HEARING**

**1:33 p.m.      Court in session.**

Court calls case. Appearances of counsel.

Court addresses Interested Party's Motion to Quash Subpoena to Produce [Doc. 23], filed November 19, 2017, and Plaintiff's Motion to Compel Responses to Interrogatories and Production of Documents from All Defendants [Doc. 35], filed January 15, 2018.

Argument by Ms. Rodgers for the Interested Party.

Argument by Mr. Frank for the Plaintiffs.

Argument by Mr. Lowe for the Defendants.

Defendants' counsel moves orally to seal the proceedings.

**ORDERED:** Transcript shall be sealed partially as stated on the record.

**ORDERED:** Interested Party's Motion to Quash Subpoena to Produce [Doc. 23] is granted in part and denied in part as stated on the record. City of Aurora shall produce documents as instructed by the Court on or before February 5, 2018.

**ORDERED:** Expert witness disclosures now due on or before April 30, 2018 for affirmative experts and June 15, 2018 for rebuttal experts. Close of expert discovery shall be August 1, 2018.

**ORDERED:** Plaintiff's Motion to Compel Responses to Interrogatories and Production of Documents from All Defendants [Doc. 35] is granted in part and denied in part as stated on the record and in accordance with the Court's ruling on [Doc. 23]. Interrogatory answers from individual police officers due February 5, 2018.

Interrogatory 8 withdrawn by Plaintiffs.

**3:40 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    2:07

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.