IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No:   17-cv-02123-REB-KMT | Date:   February 12, 2018 |
| Courtroom Deputy:   Irene Parker | FTR:   Courtroom 1000 |

*Parties:*  *Counsel:*

OYZHANA WILLIAMS  Faisal Ahmed Salahuddin
 Adam Frank

   Plaintiff,

v.

MICHAEL HAWKINS  Michael Turner Lowe
Aurora Police Sergeant, in his individual capacity
JORDAN ODNEAL
Aurora Police Officer, in his individual capacity
JOSE ORTIZ  Jonathan Marshall Abramson
Aurora Police Officer, in his individual capacity

   Defendant.

Interested Party  Nancy Cornish Rodgers

---

## COURTROOM MINUTES
---

**TELEPHONIC INFORMAL DISCOVERY CONFERENCE**

**10:46 a.m.**      **Court in session.**

Court calls case. Appearances of counsel. Discussion regarding discovery issue with respect to filing a Protective Order.

**ORDERED**: Parties must file a Joint Motion for a Protective Order. If parties cannot agree on the language in the proposed order, parties should contact Chambers directly for review of a red-lined version.

**ORDERED:**  Documents involving the Protective Order shall be produced within 48 hours of filing of the Order.

**11:05 a.m.     Court in recess.**

Hearing concluded.
Total in-court time    00: 19

*To order transcripts of hearings, please contact  Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.

2