## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 17-cv-002123-REB-KMT

OYZHANA WILLIAMS,

    Plaintiff,

v.

MICHAEL HAWKINS, Aurora Police Sergeant, in his individual capacity;
JORDAN ODNEAL, Aurora Police Officer, in his individual capacity; and
JOSE ORTIZ, Aurora Police Officer, in his individual capacity;

    Defendants.
_____

## JOINT MOTION FOR PROTECTIVE ORDER
_____

    Each Party, and their undersigned Counsel of Record, hereby stipulate and move this Court for entry of a Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and as grounds therefore, state as follows:

    1.    The nature of the claims, defenses and damages asserted in this case may involve the discovery of documents and information containing confidential information. The Parties assert that the disclosure of such information outside the scope of this litigation could result in significant injury to one or more of the Parties' business or privacy interests.

    2.    For these reasons, the Parties hereby move the Court to enter a Protective Order.  By stipulating to the entry of a Protective Order, the Parties are not making any

representation regarding what information may be subject to confidentiality and reserve the right to object to any information which is designated as confidential pursuant to the terms of the attached Stipulated Protective Order.

3. The parties have two disagreements regarding the proper terms for the protective order. The parties have agreed that they will submit both proposed formulations of the protective order to the Court and will accept whichever formulation the Court chooses to enter. To accomplish this, in addition to submitting a proposed protective order containing the alternate formulations cia CM/ECF, per this Court's instructions, the parties will also email a version to chambers in an editable format.

Dated this 23rd day of February, 2018.

*s/Michael T. Lowe*
Michael T. Lowe
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 4300
Denver, CO 80202
Telephone: (303) 831-1099
Facsimile: (303) 831-1088
E-mail: mlowe@brunolawyers.com
*Attorney for Defendants Officers Hawkins and Odneal (Individual Capacity*)

*s/Adam Frank*
Adam Frank
Faisal Salahuddin
FRANK & SALAHUDDIN LLC
1741 High St.
Denver, CO 80218
P: 303-974-1084
F: 303-974-1085
adam@fas-law.com
faisal@fas-law.com
*Attorney for Plaintiff*

2

*s/Jonathan M. Abramson*
Jonathan M. Abramson
Jordan Lubeck
Kissinger & Fellman, P.C.
3773 Cherry Creek North Drive. #900
Denver CO 80209
(303) 320-6100
Fax: (303) 327-8601
E-mail: jonathan@kandf.com
jordan@kandf.com
*Attorney for Defendant Officer Ortiz (Individual Capacity)*

## CERTIFICATE OF SERVICE BY CM/ECF

I hereby certify that on this 23rd day of February, 2018, I electronically filed the foregoing **JOINT MOTION FOR PROTECTIVE ORDER** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Adam Frank  adam@fas-law.com
Faisal Salahuddin  fas@fas-law.com
Jonathan M. Abramson  jonathan@kandf.com
Jordan Lubeck  jordan@kandf.com


*s/Holli Baker*
Holli M. Baker, Paralegal
Bruno, Colin & Lowe, P.C.

3