# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 17-cv-002123-REB-KMT

OYZHANA WILLIAMS,

    Plaintiff,

v.

MICHAEL HAWKINS, Aurora Police Sergeant, in his individual capacity;
JORDAN ODNEAL, Aurora Police Officer, in his individual capacity; and
JOSE ORTIZ, Aurora Police Officer, in his individual capacity;

    Defendants.

_____

## DECLARATION
_____

_____, declares and states under penalty of perjury:

    1.    I have read the Protective Order entered in *Williams v. Hawkins, et al.,* Civil Action No. 17-cv-002123-RFB-KMT, a copy of which is attached to this Declaration.

    2.    I have been informed by _____, Esq., Counsel for _____*,* that the materials described in the list attached to this Declaration are CONFIDENTIAL and are to be designated as Confidential Information, as the term has been defined in the Court's Protective Order.

    3.    I promise that I have not and will not divulge, or undertake to divulge to any person or recording device, any Confidential Information shown to me or told to me, except as authorized in the Protective Order. I will not use the Confidential Information for any purpose other than this litigation.

    4.    For the purpose of enforcing the terms of the Protective Order, I hereby submit myself to the jurisdiction of the Court in the civil action referenced above, and I will abide by the terms of the Protective Order.

_____    _____
(*Signature*)    (*Print or Type Name*)

Address:    Telephone No:

_____    _____