**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-002123-REB-KMT

OYZHANA WILLIAMS,

    Plaintiff,

v.

MICHAEL HAWKINS, Aurora Police Sergeant, in his individual capacity;
JORDAN ODNEAL, Aurora Police Officer, in his individual capacity; and
JOSE ORTIZ, Aurora Police Officer, in his individual capacity;

    Defendants.

---

**NOTICE OF DEPOSITION OF JOSE ORTIZ**

---

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

    PLEASE TAKE NOTICE that on Monday, March 12, 2018 at 10:30 am MDT, Plaintiff OyZhana Williams, by and through her attorneys Adam Frank and Faisal Salahuddin of FRANK & SALAHUDDIN LLC, will take the deposition of Mr. Jose Ortiz before an officer authorized by law to administer oaths and certified shorthand reporter. No firearms shall be allowed in the deposition room. However, if requested in advance a lockbox for any firearms will be provided along with the key to the lockbox. The deposition will be held at the law offices of FRANK & SALAHUDDIN LLC at 1741 High Street, Denver, CO 80218 and shall continue from day to day until completed.

    Dated: February 28, 2018

                                            *s/Adam Frank*
                                            Adam Frank
                                            FRANK & SALAHUDDIN LLC

**EXHIBIT A**

1741 High Street
Denver, CO 80218
Telephone: (303) 974-1084
Fax: (303) 974-1085
fas@fas-law.com
adam@fas-law.com
*Attorneys for Plaintiff*

**EXHIBIT A**

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2018, a copy of the foregoing was served via electronic mail, addressed to the following:

Jonathan Abramson
jonathan@kandf.com

Mike Lowe
mlowe@brunolawyers.com

Nancy Rodgers
nrodgers@auroragov.org

Jordan Lubeck
jordan@kandf.com

*s/Lena Andrews*
Lena Andrews
Paralegal
FRANK & SALAHUDDIN LLC

EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-002123-REB-KMT

OYZHANA WILLIAMS,

    Plaintiff,

v.

MICHAEL HAWKINS, Aurora Police Sergeant, in his individual capacity;
JORDAN ODNEAL, Aurora Police Officer, in his individual capacity; and
JOSE ORTIZ, Aurora Police Officer, in his individual capacity;

    Defendants.

## NOTICE OF DEPOSITION OF JORDAN ODNEAL

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

    PLEASE TAKE NOTICE that on Friday, April 6, 2018 at 9:00 am MST, Plaintiff OyZhana Williams, by and through her attorneys Adam Frank and Faisal Salahuddin of FRANK & SALAHUDDIN LLC, will take the deposition of Mr. Jordan Odneal before an officer authorized by law to administer oaths and certified shorthand reporter. No firearms shall be allowed in the deposition room. However, if requested in advance a lockbox for any firearms will be provided along with the key to the lockbox. The deposition will be held at the law offices of FRANK & SALAHUDDIN LLC at 1741 High Street, Denver, CO 80218 and shall continue from day to day until completed.

    Dated: March 1, 2018

                                        *s/Adam Frank*
                                        Adam Frank
                                        FRANK & SALAHUDDIN LLC

EXHIBIT A

    1741 High Street
    Denver, CO 80218
    Telephone: (303) 974-1084
    Fax: (303) 974-1085
    fas@fas-law.com
    adam@fas-law.com
    *Attorneys for Plaintiff*

**EXHIBIT A**

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2018, a copy of the foregoing was served via electronic mail, addressed to the following:

Jonathan Abramson
jonathan@kandf.com

Mike Lowe
mlowe@brunolawyers.com

Nancy Rodgers
nrodgers@auroragov.org

Jordan Lubeck
jordan@kandf.com

Beth Ann Jackson
ejackson@kandf.com

Marla Brock
mbrock@brunolawyers.com

*s/Lena Andrews*

Lena Andrews
Paralegal
FRANK & SALAHUDDIN LLC