| | |
|---|---|
| **From:** | Faisal Salahuddin |
| **To:** | Jonathan Abramson; Adam Frank |
| **Cc:** | Lena Andrews; Marla Brock; Michael T. Lowe; nrodgers@auroragov.org; Beth Ann Jackson; Jordan Lubeck; Adam Frank |
| **Subject:** | RE: Notice of Deposition - Defendant Ortiz |
| **Date:** | Friday, March 2, 2018 2:57:13 PM |

Counsel,

We will look for your motion next week.

Have a nice weekend.

Warmly,

Faisal

FRANK & SALAHUDDIN LLC

1741 High Street

Denver, CO 80218

Phone: 303-974-1084

Fax: 303-974-1085

www.fas-law.com

**CONFIDENTIALITY NOTICE:** This e-mail transmission contains information from FRANK & SALAHUDDIN LLC which may be confidential or protected by the attorney-client privilege.  If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited.  If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.

**From:** Jonathan Abramson [mailto:jonathan@kandf.com]
**Sent:** Friday, March 02, 2018 2:55 PM
**To:** Faisal Salahuddin <fas@fas-law.com>; Adam Frank <adam@fas-law.com>
**Cc:** Lena Andrews <admin@fas-law.com>; Marla Brock <mbrock@brunolawyers.com>; Michael T. Lowe <mlowe@brunolawyers.com>; nrodgers@auroragov.org; Beth Ann Jackson <ejackson@kandf.com>; Jordan Lubeck <jordan@kandf.com>; Adam Frank <adam@fas-law.com>
**Subject:** RE: Notice of Deposition - Defendant Ortiz

Counsel:

The City, Officer Ortiz and Officer Odneal will not agree to these conditions for depositions.  Accordingly, Officer Ortiz and Odneal will be filing a Motion for Protective Order next week.  Thank

you.

*******************************************

Jonathan M. Abramson, Esq.
Kissinger & Fellman, P.C.
3773 Cherry Creek North Dr. #900
Denver, CO 80209
(303)-320-6100 Telephone
(303) 327-8601 Facsimile
(877) 342-3677 Toll Free
Email:  jonathan@kandf.com
www.kandf.com

********************

This email message and all attachments are privileged and confidential attorney-client communications and/or attorney work product that have been transmitted for the exclusive use of the addressee(s) named above. If you are not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (303) 320-6100, delete this message from your computer's memory and destroy all printed and copied documents that contain this message. Thank you.

**From:** Faisal Salahuddin [mailto:fas@fas-law.com]
**Sent:** Friday, March 02, 2018 11:53 AM
**To:** Jonathan Abramson <jonathan@kandf.com>; Adam Frank <adam@fas-law.com>
**Cc:** Lena Andrews <admin@fas-law.com>; Marla Brock <mbrock@brunolawyers.com>; Michael T. Lowe <mlowe@brunolawyers.com>; nrodgers@auroragov.org; Beth Ann Jackson <ejackson@kandf.com>; Jordan Lubeck <jordan@kandf.com>; Adam Frank <adam@fas-law.com>
**Subject:** RE: Notice of Deposition - Defendant Ortiz

Thanks Jonathan. I've reviewed the policy you sent. We are still insisting that all parties (and witnesses) not be armed during depositions. To accommodate you, we would provide a secure lock box for your clients to place their guns in during the deposition. We would also agree to allowing your clients to bring their own lock box if that helps. If your clients have some sort of security concern that is not addressed by allowing them to have their gun in a lockbox, we would be amenable to letting you have an armed officer in our main lobby area.

Kindly let me know if my proposals will work for you.

Thanks,

Faisal

**From:** Jonathan Abramson [mailto:jonathan@kandf.com]
**Sent:** Friday, March 02, 2018 10:36 AM
**To:** Adam Frank <adam@fas-law.com>

**Cc:** Lena Andrews <admin@fas-law.com>; Faisal Salahuddin <fas@fas-law.com>; Marla Brock <mbrock@brunolawyers.com>; Michael T. Lowe <mlowe@brunolawyers.com>; nrodgers@auroragov.org; Beth Ann Jackson <ejackson@kandf.com>; Jordan Lubeck <jordan@kandf.com>
**Subject:** RE: Notice of Deposition - Defendant Ortiz

Counsel:

Per your request, see attached. Thank you.

*********************************************

Jonathan M. Abramson, Esq.
Kissinger & Fellman, P.C.
3773 Cherry Creek North Dr. #900
Denver, CO 80209
(303)-320-6100 Telephone
(303) 327-8601 Facsimile
(877) 342-3677 Toll Free
Email:  jonathan@kandf.com
www.kandf.com

********************

This email message and all attachments are privileged and confidential attorney-client communications and/or attorney work product that have been transmitted for the exclusive use of the addressee(s) named above. If you are not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (303) 320-6100, delete this message from your computer's memory and destroy all printed and copied documents that contain this message. Thank you.

---

**From:** Adam Frank [mailto:adam@fas-law.com]
**Sent:** Thursday, March 1, 2018 6:58 PM
**To:** Jonathan Abramson <jonathan@kandf.com>
**Cc:** Lena Andrews <admin@fas-law.com>; Faisal Salahuddin <fas@fas-law.com>; Marla Brock <mbrock@brunolawyers.com>; Michael T. Lowe <mlowe@brunolawyers.com>; nrodgers@auroragov.org; Beth Ann Jackson <ejackson@kandf.com>; Jordan Lubeck <jordan@kandf.com>
**Subject:** Re: Notice of Deposition - Defendant Ortiz

Please send me the policy. Once I see it I may reconsider my position.

Adam

Sent from my iPhone

On Mar 1, 2018, at 5:52 PM, Jonathan Abramson <jonathan@kandf.com> wrote:

Counsel:

On February 28, 2018, we received your Notice of Deposition for Officer Jose Ortiz' deposition to take place on March 12, 2018.  We were surprised to see the Notice states "No firearms shall be allowed in the deposition room" as you had not previously mentioned that condition.  Officer Ortiz and Officer Odneal will not accept such a condition during their depositions.  Aurora Police Department policy mandates that on-duty officers appearing for a job-related deposition or other legal proceeding at private law offices will not surrender their weapons upon the demands of any party.

Officer Ortiz and Odneal are willing to provide the following deposition alternatives, including a number of no-additional cost methods for taking their depositions:
- Video Deposition;
- Phone Deposition;
- Skype or other no cost video conference technology available on computers;
- FaceTime on an iPad or other no cost video conference technology available on portable devices or tablets.

Alternatively, Officer Ortiz and Odneal are willing to disarm for an in-person deposition if the deposition takes place in a secure facility such as the Federal Courthouse.  Please note that when this issue has been addressed in this Federal District, several Judges have ordered the depositions of the officers take place in the Federal Courthouse.  If you are unwilling to agree to any of these alternatives, Defendants will file a Motion for Protective Order.  Please let me know how you wish to proceed.  Thank you.

*********************************************

Jonathan M. Abramson, Esq.
Kissinger & Fellman, P.C.
3773 Cherry Creek North Dr. #900
Denver, CO 80209
(303)-320-6100 Telephone
(303) 327-8601 Facsimile
(877) 342-3677 Toll Free
Email:  jonathan@kandf.com
www.kandf.com

********************

This email message and all attachments are privileged and confidential attorney-client communications and/or attorney work product that have been transmitted for the exclusive use of the addressee(s) named above. If you are not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (303) 320-6100, delete this message from your computer's memory and destroy all printed and copied documents that contain this message. Thank you.

**From:** Lena Andrews [mailto:admin@fas-law.com]
**Sent:** Wednesday, February 28, 2018 3:06 PM
**To:** Adam Frank <adam@fas-law.com>; Faisal Salahuddin <fas@fas-law.com>; Jonathan

Abramson <jonathan@kandf.com>; Marla Brock <mbrock@brunolawyers.com>; Michael T. Lowe <mlowe@brunolawyers.com>; nrodgers@auroragov.org
**Subject:** Notice of Deposition - Defendant Ortiz

Counsel,

Attached is the Notice of Deposition of Jose Ortiz.

If you have any questions, concerns, or difficulties accessing the document, please do not hesitate to contact me.

Best,

Lena Andrews
Paralegal
FRANK & SALAHUDDIN LLC
1741 High Street
Denver, CO 80218
Phone: 303-974-1084
Fax: 303-974-1085
www.fas-law.com

CONFIDENTIALITY NOTICE: This e-mail transmission contains information from FRANK & SALAHUDDIN LLC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission