# AURORA POLICE DEPARTMENT
## DIRECTIVES MANUAL

| 08.03 | Title: COURT | | |
|---|---|---|---|
| | Approved By: Nick Metz, Chief of Police | | Duty Honor Integrity |
| | Effective: 09/01/1998 | Revised: 03/17/2016 | |
| | Associated Policy: DM 08.01, 08.14, 15.10 | | |
| | References: | | |
| Review: Property Section Lieutenant | | | Page 1 of 11 |

8.3   COURT

It is the policy of the Aurora Police Department that appearances in court and at administrative hearings related to the member's scope of employment with the department and required pursuant to a subpoena, court order or other departmental notification will constitute a mandatory duty assignment. Members who are late, fail to appear or fail to respond to cases for court or an administrative hearing as directed, may face disciplinary action in addition to any penalty that may be imposed by the court or administrative official.

Members required to appear in court or at an administrative hearing, pursuant to a subpoena, summons or other court order on an action not directly related to the member's scope of employment with the department are considered to be off-duty. These situations include, but are not limited to:

- Jury Duty

- Civil Actions not related to the member's scope of employment (e.g., divorce proceedings, custody hearings, etc.)

In these cases, members are prohibited from wearing any department issued uniform or using their police credentials in order to be armed. Members must follow the guidelines of that court.

8.3.1   Court Liaison Authority and Responsibilities

(a)   Acceptance and Refusal of Service

Court Liaison is authorized to accept subpoenas from all courts or administrative tribunals arising from criminal cases, which are directed for service on any

member of the department unless otherwise directed by the Police Legal Advisor or the City Attorney's Office.

Court Liaison will not accept service of process, i.e. subpoenas, summonses or complaints, in any civil matter whether state or federal. In all instances where such service is requested in a civil matter, the process server will be referred to the Department's Legal Advisor. If the Legal Advisor is not available, the process server will be referred to the City Attorney's Office – Civil Division.

Court Liaison is authorized to refuse acceptance of any subpoenas or administrative notices if the scheduled appearance is less than five days from the time it is presented to Court Liaison. In these situations every effort should be made to assist in locating the member to be subpoenaed.

(b) Approval of Court Overtime Compensation

Court Liaison is authorized to approve all off-duty overtime for appearances in court and at municipal administrative hearings. All overtime will be approved or denied in accordance with <u>Directive 8.14 - Overtime Compensation</u>.

(c) Subpoena Service

Upon receipt of a subpoena or administrative notice, Court Liaison will log the following:

   a. The date the document was received.
   b. The location of the trial or hearing.
   c. The date and time of the trial or hearing.
   d. The name of the officer(s) and the name of the defendant.

Court Liaison will check the leave and training status of the member for possible conflicts. Court Liaison will upload the information into the current scheduling system and place the hard copy subpoena in the member's mailbox. Unless a written agreement with a court is on file, Court Liaison will post and forward to the affected member all subpoenas issued by a court. The member is responsible for checking the current scheduling system for subpoenas, at least once during each shift and for resolving subpoena schedule conflicts. Court Liaison will only report conflicts to the appropriate court.

(d) Leave Schedules

Members are responsible for completing the Leave Schedule Form (APD 520-383) during the bid process. The Leave Schedule Form will be provided to the Court Liaison office by a representative of the bid committee at the conclusion of

the bid process. Patrol Watch Commanders and supervisors working the bid function will have to collect pre-planned vacation information from members for entry into the current leave system separate from the court Leave Schedule Form. Court Liaison will forward the Leave Schedule Form to the proper courts as soon as is practical. Additional Leave Schedule Forms can be submitted to Court Liaison by members to update planned leave dates at any time.

Court Liaison will maintain an up to date leave schedule and will forward any changes to the proper court.

When a case conflicts with a member's pre-approved leave, Court Liaison may assist the member with the required notifications to the appropriate court of jurisdiction. Members with a court date conflicting with a pre-approved leave or training outside the city of Aurora are responsible for securing a release from a subpoena from the appropriate court.

(e)  Court Conflicts

Members receiving two or more subpoenas to appear at the same time at different locations will decide which subpoena to honor and which will be requested for continuance. Conflicting subpoenas will be honored in the following precedence order:

  a. Federal Court
  b. District Court
  c. County Court
  d. Municipal Court
     Note: Civil Service Subpoenas are orders of the Municipal Court
  e. Department of Revenue
  f. Social Services
  g. All Others

When a conflict occurs within the same court level (i.e., Adams District Court and Arapahoe District Court), the officer, with the assistance of Court Liaison and the affected courts, will decide which subpoena to honor based on the following considerations:

  a. The seriousness of the charges involved.
  b. The importance of the subpoenaed member's testimony.
  c. Date order in which the conflicting subpoenas were received.

The subpoenaed member will notify all involved courts of the conflict and of location of the court they will be attending.

**Directive Manual (Revised: 03/17/2016)**
**08.03 COURT**                                                                 Page 4 of 11

8.3.2   Not Available for Court

Court Liaison personnel will notify the court(s) issuing subpoena(s) of a member's non-availability in the following situations:

   a.   Member has a pre-approved leave
   b.   Member is scheduled for training outside the six county area.
   c.   Member has a pre-approved "not available for court" work code entered on his/her schedule.

Only a command officer may approve a member to enter a "not available for court" work code to his/her schedule. Members may request to be "not available for court" when the request is:

   a.   Normal days off contiguous with a scheduled leave
   b.   Travel days associated with an approved outside training
   c.   Special situations.

Secondary employment, birthdays and anniversaries are not considered "special situations" warranting approval of a "not available for court" request. Command officers exercising discretion in approving such requests, should do so in a judicious and prudent manner, remaining mindful of the potential impact on the courts.

Requests to be "not available for court" are only requests. If the member receives a subpoena for an approved not available date, the member is responsible for contacting the issuing court and securing a release from the subpoena. Court Liaison personnel will notify the court of the conflict.

8.3.3   Member Duties and Responsibilities

   (a)   Acceptance of Subpoenas

      It is the duty of every member to accept service of subpoenas or administrative notices and to appear as directed. Members will not intentionally evade service. All members will check for service of new subpoenas on each of their duty days, in the current scheduling system and in their mailbox. If there is any document in their mailbox addressed to them, they will accept service. If there is a notice in the current scheduling system and no subpoena found in their mailbox, the member will contact Court Liaison to acquire a copy of the subpoena or the necessary information required to fulfill their obligation.

      Members receiving telephone notification from Court Liaison, court, prosecutorial personnel or a supervisor, will appear as directed.

    (b)    Officers Subpoenaed by Defense or Party adverse to the City/Department

The prosecuting attorney, City Attorney, Police Legal Advisor, and the police department do not have control over the defense or adverse party subpoena process. When a member receives a request to testify, or is subpoenaed to appear by defense counsel in a criminal case, or by a party adverse to the city/department in a civil case or administrative hearing, the member will immediately notify his or her Supervisor, Division Chief, the Police Legal Advisor or, if not available, the City Attorney and provide a copy of the subpoena, or request if in writing. E-mail notification is appropriate and preferred. All members receiving a request or subpoena shall appear as directed or risk contempt proceedings by the presiding judge or hearing officer. If a member believes they are being subpoenaed improperly, that member should discuss such belief with the Police Legal Advisor or their own counsel prior to the appearance date.

Members may, on their own behalf, attempt to contact the attorney issuing the subpoena or request, and make individual arrangement with the attorney. Vacations, military leave, sick leave and/or time off are not justifiable reasons for failure to comply with subpoenas.

Any such arrangement shall be documented in writing and will be forwarded to the Court Liaison Office.

    (c)    Appearance in Court

All members appearing in court will be punctual, conform to the court's rules of conduct and obey all orders of the Court.

Officers appearing in court on-duty will wear the department duty uniform or the specialty uniform approved for wear for the officer. This does not include the department approved "soft uniform", (khaki pant and polo shirt) which is authorized in some assignments. Specialty uniforms (BDU's) worn by members in SRT, K9 or other similar units may be worn in court by officers who are assigned to those units. The ball cap authorized for wear with the duty uniform will <u>not</u> be worn in court. Sworn members approved to wear non-uniform attire and off-duty officers appearing in court will wear the department duty uniform or business attire that adheres to <u>Directive 08.01 Uniform and Attire Requirements</u>.

Unless restricted to an unarmed duty assignment, officers will carry weapons when attending Aurora Municipal Court, whether the officer is in plain clothes or uniform. The Chief of Police may authorize exceptions to this requirement.

Officers attending Adams County Court in uniform and on official business are allowed to carry weapons. Non-uniformed officers attending Adams County

Court on official business are allowed to carry weapons as long as their department identification card is worn in plain view on their outer garment.

Weapons will not be worn, carried or displayed by officers in uniform or plain clothes while attending other County, District, or Federal Court unless ordered or permitted by the Court. Weapons will be properly secured before entering any courtroom.

On-duty officers appearing for a job-related deposition or other legal proceeding at private law offices will not surrender their weapons upon the demands of any party. If the person making the demand (i.e. a private attorney) uses threats of court orders or other action in an attempt to coerce surrender of the member's weapon the member will not engage in an argument with that person. Instead, immediately notify the Chief's Office for assistance and direction on how to proceed.

(d) Members will notify Court Liaison immediately, through the chain of command, of any change in their original leave schedule. This notification will be made on form APD FM 520-383. A member's failure to make notification could result in any request for continuances being denied by department personnel when leave conflict is cited as the reason for the request.

(e) Members using sick leave when scheduled for a court appearance must call the appropriate court to report their absence. Members will provide the defendant's name, division number, time and summons or court case number when making notification. Members on emergency leave and under subpoena for any court must notify Court Liaison to report their absence.

(f) Members are responsible for resolving any court conflicts with the court of jurisdiction and for ensuring all affected courts are notified.

(g) Members on injury leave when scheduled for a court appearance refer to <u>Directive 15.10.6 - Administrative Schedule</u>.

8.3.4   <u>Members Appearing Late or Failure to Appear</u>

When Court Liaison is made aware of a member failing to appear for a court proceeding or the member appeared for the court proceeding late, a notice will be sent to the Property Section Lieutenant or designee. The Property Section Lieutenant or designee will enter the officer's failure to appear or the member appearing late into the current personnel system to be sent to the members supervisor. The members supervisor will investigate to determine the reason for the failure to appear and if it is excused or non-excused. The member's supervisor will document their finding in the current personnel system and ensure the members Commander is tracked with their findings.

An example of an excused absence would be:

 a. Sudden death in the family
 b. The member being involved in a vehicle accident
 c. The member or a family member being ill with a doctor's note

Examples of non-excused absence:

 a. The member or a family member being ill without doctor's note
 b. Lack of child care
 c. In-service
 d. AMC Duty

(a) Failure to attend court or being late for court

The following will be the minimum penalties for non-excused failing to appear or appearing late in court. Flagrant violations may be dealt with more severely:

 a. First Offense-Supervisory Counseling-documented in the current personnel software system.
 b. Second Offense- Written Reprimand
 c. Third or more offense will be forwarded to the Internal Affairs Bureau for further investigation.

8.3.5 <u>Procedure for Requesting Continuances or Dismissals</u>

Department policy strongly discourages its members from requesting continuances or dismissal of court cases. However, there are situations when a request is proper. Members who believe they have a request that is acceptable will adhere to the following:

Continuances:

 (a) The member making the request will prepare a memorandum specifying the reason for the request, the court, date and time of the appearance, defendant's name, and the docket number, if applicable. The memorandum will be forwarded through the chain of command to the member's command officer.

 (b) Requests that do not provide an acceptable reason will be denied and returned to the submitting member, who will appear in court as scheduled.

When a request is approved, the member is responsible for making arrangements to meet with the appropriate prosecuting attorney.

Dismissals:

(a) The member making the request will prepare a memorandum specifying the reason for the request, and include the court, date and time of appearance, the defendant's name and docket number, if applicable. Requests for dismissal will only be granted if it is in the best interest of the department. The request will be forwarded through the chain of command to the Chief of Police or designee for approval.

(b) Requests that are approved will be returned to the member, who will contact the appropriate prosecuting attorney's office.

(c) Requests that are not approved will be returned to the member making the request, who will appear as scheduled.

8.3.6   Rescheduling Duty Hours to Accommodate a Court Appearance Inside the Six County Area   (Adams, Arapahoe, Boulder, Denver, Douglas, Jefferson)

The command staff will reserve the right to change assigned work schedules and/or days off within a work cycle as occasioned by special assignments or appearances. Compensation will be awarded for assigned work hours regardless of the nature or location of the assignment. Work shifts will be adjusted on a daily basis to reflect the maximum inclusive hours related to a court appearance so as to fall within the daily work shift. Court related work will include trial preparation with counsel or investigators, court appearances including testimony and may include travel time. Work shifts will be adjusted to include as much travel time, court time and trial preparation meetings as possible.

8.3.7   Court Appearances Out of State

When members receive subpoenas from out of state, the travel expenses, room accommodations and meals are usually covered by the agency or party subpoenaing the member. If the agency or party is unwilling to pay the expenses, the member should bring this matter to the attention of his/her Division Chief.

The department is not responsible for ensuring members attend court out of state, although it does recognize a professional responsibility to have members honor those subpoenas when possible. When a member receives a subpoena requiring an out of state court appearance, he/she will bring this to the attention of his/her supervisor and advise him/her of member's intention with regard to that subpoena. The member's supervisor will make the necessary schedule adjustments prior to the member's scheduled court appearance.

The department will adjust the member's work schedule when possible to allow the member to honor the subpoena. Members may accept any witness fees offered to them by the subpoenaing agency. Any additional reimbursement for the member's time is the responsibility of the subpoenaing agency. Members are required to obtain a signature from the court clerk or attorney indicating that the member did honor the subpoena.

If a member returns from an out of state court assignment and the number of hours spent in court and travel time is less than the member's normal work shift, the member will report, upon their return, to their command officer. The command officer has the option of having the member complete the remainder of the work shift, which began when the member left for court. The work shift will not be split.

8.3.8   <u>In-State Court Appearances Outside the Six County Area</u>
(Adams, Arapahoe, Boulder, Denver, Douglas, Jefferson)

Members receiving subpoenas from agencies outside the Six County Area but within the State of Colorado are required by law to honor those subpoenas.

Generally, the subpoenaing agency will compensate the member with expenses. If the agency will not cover those expenses, the member should bring this matter to the attention of their Division Chief.

When members receive a subpoena outside the Six County Area, they will notify their supervisor so that work shifts may be adjusted in accordance with this Directive, to accommodate the court appearance. Members are required to obtain a signature from the court clerk or attorney indicating they did honor the subpoena.

If a member returns from a court assignment outside the Six County Area, and the number of hours spent in court and travel is less than the members normal work shift, the member will report upon their return to their Command Officer. The Command Officer has the option of requiring the member to complete the remainder of the shift, which began when the member left for court. The work shift will not be split.

8.3.9   <u>Department of Revenue Testimony</u>

Members under subpoena to provide testimony in an Express Consent hearing are required to appear at the Department of Revenue for the hearing.

The DOR hearing officer will allow all parties under subpoena five minutes past the scheduled hearing time to appear prior to entering an FTA, unless prior notice is given and approved.

Officers on overtime for an Express Consent Hearing will ensure the hearing officer signs the overtime slip to document the officer's appearance. The officer will forward the signed overtime form to the Court Liaison office for processing.

Members may receive a DOR subpoena allowing them to appear by phone. Members must call the current DOR phone line to check-in for the hearing, provide a phone number and remain available for a return call from the hearing officer. At the conclusion of the Express Consent hearing, members will document the time of the hearing on a court overtime slip and submit the completed form to the Court Liaison office for verification and processing.

It is possible that a member could simultaneously participate in an Express Consent hearing by phone while awaiting an appearance for another court subpoena. Members cannot submit separate overtime slips for simultaneous court cases.

8.3.10   Leave and Court Appearances

When a member is on leave and either the trial is outside of the six county area or the member is on leave away from home outside of the six county area, and the member scheduled leave prior to receiving official notification or the subpoena, the following will apply:

(a) The member will return to an on-duty status and their schedule will be adjusted to accommodate the court appearance as described in this Directive.

(b) A replacement leave day will be given to the member for each court related workday. The member may add that day to the interrupted leave or use it at a later time.

(c) The member is required to obtain a signature from either the court clerk or attorney indicating they honored the subpoena.

If the member is on leave and neither the trial nor the member is outside the six county area, it will be treated as regular court overtime as described in Directive 8.14. In this case a replacement vacation day will not be given.

8.3.11   Exceptional Circumstances

On rare occasions there may be delays that are related to a court appearance that are not the fault of the member, such as delays due to weather, flight conditions, etc. These will be considered on a case-by-case basis. The member's supervisor may adjust the member's schedule, but this schedule adjustment is not mandatory and should not necessarily be expected.

8.3.12    Disputes

Disputes about whether or not a member is entitled to compensation with regard to an out of state or outside the six county area court appearance that is not clearly defined in this directive will be handled in strict accordance with FLSA.

8.3.13    Leave Requests

Leave or training will not be approved when a pre-existing court subpoena appears on the member's schedule. Members may ask for the request to remain in the system as an annotation to staffing considerations while they attempt to secure a release from the subpoena. However, when staffing becomes an issue, requests for leave will be approved in the order in which they are received from the first eligible member.