IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

*Civil Action No.: 17-cv-002123-REB-KMT*

OYZHANA WILLIAMS,

    Plaintiff,

v.

MICHAEL HAWKINS, Aurora Police Sergeant, in his individual capacity;
JORDAN ODNEAL, Aurora Police Officer, in his individual capacity; and
JOSE ORTIZ, Aurora Police Officer, in his individual capacity;

    Defendants.

**[PROPOSED]
ORDER REGARDING DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

    THE COURT, having reviewed and considered the Motion for Protective Order filed by Defendants Ortiz and Odneal (ECF No. 51), hereby GRANTS the Motion.

    IT IS FURTHER ORDERED that the subject depositions be taken at the Federal Courthouse.

DATED this ___ day of March, 2018.

                                                   BY THE COURT:

                                                 United States District Court Judge