Exhibit A

c.  Any member may be required to submit to a medical or laboratory examination at the agency's expense when the examination is specifically directed and narrowly related to a particular internal investigation.

d.  Any member may be required to be photographed, to participate in a line-up, to submit to a fingerprint comparison and/or to submit a financial disclosure statement when such actions are material to a particular internal investigation.

e.  Members may be required to be photographed or finger printed for records kept by the Chief of Police and/or the IAB.

f.  Members who are the subject of a departmental administrative investigation (including preliminary and formal) are not permitted to conduct a parallel investigation or inquiry into the matter.  All members are prohibited from participating in a parallel investigation or inquiry by or on behalf of a member subject to a departmental investigation.

10.2.16   Wearing of Weapons

Involved members and their observer/representative will not be armed during interviews with Internal Affairs Investigators, the IRP process, or during pre-disciplinary/disciplinary hearings with the Chief of Police or designee.

10.2.17   Records Maintenance and Retention

The Internal Affairs Bureau maintains records of all complaints received against the Department and its members.  These records are stored electronically, or if not stored electronically, in a secure file cabinet separate from other Department records.

Maintenance and purging of records will be accomplished in accordance with relevant Department Directives, Procedures, City Policy, and the State of Colorado Municipal Records Retention Schedule governing police administrative actions.

Any formal investigation with a disposition code of sustained will require a statement of action taken

All member and observer notes created in the IRP processes will be destroyed after the case is concluded and no longer active as defined in 10.2.1 above.

All notes and records created in the IRB processes will be destroyed after the IRB is concluded save the final recommendation memo to the Chief of Police, which will remain as part of the case file.