IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 17-cv-02123-REB-KMT | Date: | March 15, 2018 |
| Courtroom Deputy: | Irene Parker | FTR: | Courtroom 1000 |

*Parties:*  *Counsel:*

OYZHANA WILLIAMS                                   Faisal Salahuddin
                                                                        Adam Frank

    Plaintiff,

v.

MICHAEL HAWKINS                                    Carrie Slinkard
JORDAN ODNEAL                                        Michael Lowe
JOSE ORTIZ                                                    Jonathan Abramson

    Defendants.

THE CITY OF AURORA, COLORADO            Nancy Rodgers

    Interested Party

---

# COURTROOM MINUTES
---

**TELEPHONIC MOTION HEARING/DISCOVERY HEARING**

**3:38 p.m.    Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding specific objections involving subpoenas and documents and whether those documents are protected, privileged and should be produced; the progress of the pending motion for a Protective Order [Doc. 51]; and the progress, and location of pending depositions. The Court approves, and parties agree to, conducting deposition interviews at the Alfred A. Arraj Courthouse in Denver, Colorado.

**ORDERED:**   The Motion for Protective Order [Doc. 51] is moot. Parties have resolved the issue regarding this motion.

**ORDERED**: Parties must submit Category 26 documents by March 23, 2018 as discussed. It is reasonable to submit these documents for an in camera review to the Court to be filed under the highest level of restriction.

**4:27 p.m.      Court in recess.**

Hearing concluded.
Total in-court time    00:49

*To order transcripts of hearings, please contact  Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.