**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Civil Action No.: 17-CV-02123-REB-KMT*

---

OYZHANA WILLIAMS,

    Plaintiff,

v.

MICHAEL HAWKINS, Aurora Police Sergeant, in his individual capacity;
JORDAN ODNEAL, Aurora Police Officer, in his individual capacity; and
JOSE ORTIZ, Aurora Police Officer, in his individual capacity;

    Defendants.

---

**CITY OF AURORA STATUS REPORT RE SUBPOENA *DUCES TECUM***

---

The City of Aurora, Colorado (the "City"), through its undersigned counsel, hereby submits the following Status Report re Subpoena *Duces Tecum*.

Following the status conference on March 15, 2018, there remained one category of documents in the pending IA file, the investigator's notes, that the City believed may require redaction before disclosure to Plaintiff pursuant to her subpoena issued in this case. Upon review of those notes, which were finalized on March 23, 2018, following the last interview in the investigation, the City determined that there was no information requiring redaction. The notes were produced to Plaintiff's counsel on March 23, 2018. Therefore, there was nothing for the Court to review *in camera*.

Respectfully submitted this 27th day of March, 2018

*s/ Nancy C. Rodgers*
Nancy C. Rodgers
OFFICE OF THE AURORA CITY ATTORNEY
15151 E. Alameda Parkway, Suite 5300
Aurora, CO 80012
Telephone: 303-739-6014
Facsimile: 303-739-7042
Email: nrodgers@auroragov.org
*Attorney for City of Aurora, Colorado*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Adam Frank, Esq. [adam@fas-law.com]
Faisal Salahuddin, Esq. [fas@fas-law.com]
*ATTORNEYS FOR PLAINTIFF*

Michael T. Lowe, Esq. [mlowe@brunolawyers.com]
Carrie Lynn Slinkard, Esq. [cslinkard@brunolawyers.com]
*ATTORNEYS FOR DEFENDANTS HAWKINS AND ODNEAL*

*Jonathan M. Abramson, jonathan@kandf.com*
*Jordan C. Lubeck, jordan@kandf.com*
*ATTORNEY FOR DEFENDANT ORTIZ*

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name: *N/A*

*s/ Philip Jett*_____

2