IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 17-cv-002123-REB-KMT

---

OYZHANA WILLIAMS,

    Plaintiff,

v.

MICHAEL HAWKINS, Aurora Police Sergeant, in his individual capacity;
JORDAN ODNEAL, Aurora Police Officer, in his individual capacity; and
JOSE ORTIZ, Aurora Police Officer, in his individual capacity;

    Defendants.

---

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

---

The Parties, by and through undersigned counsel, hereby submit this Joint Motion to Modify Scheduling Order. The Parties respectfully request that the Court extend all deadlines in the Scheduling Order [ECF No. 20] and in the Trial Preparation Conference Order [ECF No. 21] entered in this case by thirty (30) days, excluding the expert designation deadline of April 30, 2018 and the rebuttal expert designation deadline of June 15, 2018, with each other deadline being extended to the date specified below. In support of this Motion, the Parties state as follows:

    1.    The Court entered the Scheduling Order in this case on November 16, 2017 [ECF No. 20]. The Scheduling Order contains the following deadlines:

        a.    Affirmative expert disclosure: February 28, 2018.

        b.    Rebuttal expert disclosure: April 11, 2018.

      c.     Discovery Cut-off: May 18, 2018.

      d.     Dispositive Motion Deadline: June 18, 2018.

2.     On November 17, 2017 the Court issued a Trial Preparation Conference Order [ECF No. 21] specifying, among other things, the following deadlines and trial setting:

      a.     Deadline for motions raising issues under Fed. R. Evid. 401, 702, 703, 704, or 705:  May 11, 2018.

      b.     Combined Final Pretrial and Trial Preparation Conference: September 6, 2018 at 11:00 a.m.

      c.     Five-day trial by jury:  September 24, 2018 at 8:30 a.m.

3.     On January 22, 2018, a motions hearing was held to address Interested Party's Motion to Quash Subpoena to Produce [ECF No. 23] and Plaintiff's Motion to Compel Responses to Interrogatories and Production of Documents from all Defendants [ECF No. 35].

4.     The Courtroom Minutes [ECF No. 44] filed at the conclusion of the motions hearing modified the Scheduling Order deadlines as follows:

> Expert witness disclosures now due on or before April 30, 2018 for affirmative experts and June 15, 2018 for rebuttal experts. Close of expert discovery shall be August 1, 2018.

5.     The Parties have agreed to participate in a settlement conference on May 8, 2018.  The Parties are optimistic a resolution will be reached at that time.  Therefore, the Parties request a thirty (30) day extension of all existing deadlines as well as a

2

continuance of the combined Final Pretrial and Trial Preparation Conference and the five-day trial by jury, as follows:

    a.    Affirmative expert disclosure:  April 30, 2018.

    b.    Rebuttal expert disclosure:  June 15, 2018.

    c.    Motions under Fed. R. Evid. 401 and 702-705:  June 10, 2018.

    d.    Discovery Cut-off: June 18, 2018.

    e.    Dispositive Motion Deadline: July 18, 2018.

    f.    Close of expert discovery:  August 1, 2018

    g.    Combined Final Pretrial and Trial Preparation Conference:  To be determined based upon Court availability.

    h.    Five-day trial by jury: To be determined based upon Court availability.

6.    The relief requested herein is in the interest of judicial economy and preserving the resources of the parties.

7.    Pursuant to D.C.COLO.LCivR 6.1(c), counsel for the parties certify that a copy of this Motion has been provided to their respective clients.

WHEREFORE, the Parties respectfully request that this Honorable Court issue an Order extending by thirty (30) days, all existing deadlines, including a continuance of the combined Final Pretrial and Trial Preparation Conference and the five-day trial by jury, to the dates outlined in Paragraph 5 above.

Dated this 3rd day of May, 2018.

| | |
|---|---|
| */s/ Adam Frank* | */s/ Michael T. Lowe* |
| Adam Frank | Michael T. Lowe |
| Faisal Salahuddin | Carrie Lynn Slinkard |
| FRANK & SALAHUDDIN LLC | Bruno, Colin & Lowe, P.C. |
| 1741 High St. | 1999 Broadway, Suite 4300 |
| Denver, CO 80218 | Denver, CO 80202 |
| Telephone: 303-974-1084 | Telephone: (303) 831-1099 |
| Facsimile: 303-974-1085 | Facsimile: (303) 831-1088 |
| Email: adam@fas-law.com | Email: mlowe@brunolawyers.com |
| faisal@fas-law.com | cslinkard@brunolawyers.com |
| *Attorney for Plaintiff* | *Attorneys for Defs. Hawkins and Odneal* |

*/s/ Jonathan M. Abramson*
Jonathan M. Abramson
Jordan Lubeck
Kissinger & Fellman, P.C.
3773 Cherry Creek North Drive. #900
Denver CO 80209
Telephone: (303) 320-6100
Facsimile: (303) 327-8601
Email: jonathan@kandf.com
    jordan@kandf.com
*Attorney for Defendant Ortiz*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Adam Frank, Esq. [adam@fas-law.com]
Faisal Salahuddin, Esq. [fas@fas-law.com]
*ATTORNEYS FOR PLAINTIFF*

Michael T. Lowe, Esq. [mlowe@brunolawyers.com]
Carrie Lynn Slinkard, Esq. [cslinkard@brunolawyers.com]
*ATTORNEY FOR DEFENDANTS HAWKINS AND ODNEAL*

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:  *N/A*

5

By: **_s/ Jonathan M. Abramson_**
Jonathan M. Abramson
Jordan C. Lubeck
KISSINGER & FELLMAN, P.C.
Ptarmigan Place, Suite 900
3773 Cherry Creek North Drive
Denver, CO 80209
Telephone:  303-320-6100
Facsimile:  303-327-8601
Email:  jonathan@kandf.com
*Attorney for Defendant Jose Ortiz*

5