**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-02123-REB-KMT

OYZHANA WILLIAMS,

    Plaintiff,

v.

MICHAEL HAWKINS, Aurora Police Sergeant, in his individual capacity;
JORDAN ODNEAL, Aurora Police Officer, in his individual capacity;
JOSE ORTIZ, Aurora Police Officer, in his individual capacity,
THE CITY OF AURORA

    Defendants.

---

**NOTICE OF AMENDED COMPLAINT AND JURY DEMAND – AMENDED FOR THE PURPOSE OF FACILITATING SETTLEMENT**

---

    Plaintiff, through her attorneys Adam Frank and Faisal Salahuddin of FRANK & SALAHUDDIN LLC, respectfully gives notice that she has filed an Amended Complaint pursuant to F.R.C.P. 15(a)(1)(a). Plaintiff's Amended Complaint is filed with the consent of all parties for the purpose of facilitating a settlement upon which the parties have agreed.

    Dated: May 14, 2018

                                            *s/Adam Frank*
                                            Adam Frank
                                            Faisal Salahuddin
                                            FRANK & SALAHUDDIN LLC
                                            1741 High Street
                                            Denver, CO 80218
                                            Telephone: (303) 974-1084

Fax: (303) 974-1085
fas@fas-law.com
adam@fas-law.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

   I hereby certify that on May 14, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  I further certify that a copy of the foregoing was served via electronic mail through the CM/ECF system, addressed to the following:


Jonathan Marshall Abramson jonathan@kandf.com
Michael Turner Lowe mlowe@brunolawyers.com
Nancy Cornish Rodgers nrodgers@auroragov.org
Carrie Lynn Slinkard cslinkard@brunolawyers.com
Jordan Cary Lubeck jordan@kandf.com,


           *s/Adam Frank*
           FRANK & SALAHUDDIN LLC