**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 17-cv-002123-REB-KMT
_____

OYZHANA WILLIAMS,

    Plaintiff,

v.

MICHAEL HAWKINS, Aurora Police Sergeant, in his individual capacity;
JORDAN ODNEAL, Aurora Police Officer, in his individual capacity;
JOSE ORTIZ, Aurora Police Officer, in his individual capacity; and
THE CITY OF AURORA, COLORADO,

    Defendants.
_____

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST
DEFENDANTS MICHAEL HAWKINS, JORDAN ODNEAL AND JOSE ORTIZ**
_____

    The Parties, Plaintiff, OyZhana Williams, by and through counsel, Adam Frank, Esq. and Faisal Salahuddin, Esq., of Frank & Salahuddin, LLC, Defendants Michael Hawkins and Jordan Odneal, by and through counsel, Michael T. Lowe, Esq. and Carrie Lynn Slinkard, Esq., of Bruno, Colin & Lowe, P.C., Defendant Jose Ortiz, by and through counsel, Jonathan M. Abramson, Esq. and Jordan C. Lubeck, Esq., of Kissinger & Fellman, P.C., and Defendant City of Aurora, Colorado, by and through counsel, Nancy C. Rodgers, Esq., of the Aurora City Attorney's Office, hereby stipulate and agree to the dismissal with prejudice of all claims against Defendants Michael Hawkins, Jordan Odneal and Jose Ortiz, in the above-captioned matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to pay their own attorneys' fees and costs.

Dated this 22nd day of May, 2018.

| | |
|---|---|
| */s/ Adam Frank* | */s/ Michael T. Lowe* |
| Adam Frank | Michael T. Lowe |
| Faisal Salahuddin | Carrie Lynn Slinkard |
| FRANK & SALAHUDDIN LLC | Bruno, Colin & Lowe, P.C. |
| 1741 High St. | 1999 Broadway, Suite 4300 |
| Denver, CO 80218 | Denver, CO 80202 |
| Telephone: 303-974-1084 | Telephone: 303-831-1099 |
| Facsimile: 303-974-1085 | Facsimile: 303-831-1088 |
| Email: adam@fas-law.com | Email: mlowe@brunolawyers.com |
| faisal@fas-law.com | cslinkard@brunolawyers.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Hawkins and Odneal* |
| | |
| */s/ Jonathan M. Abramson* | */s/ Nancy C. Rodgers* |
| Jonathan M. Abramson | **Nancy Cornish Rodgers** |
| Jordan Lubeck | Aurora City Attorney's Office |
| Kissinger & Fellman, P.C. | 15151 East Alameda Parkway, 5th Floor |
| 3773 Cherry Creek North Drive. #900 | Aurora, CO 80012 |
| Denver CO 80209 | Telephone: 303-739-6014 |
| Telephone: 303-320-6100 | Facsimile: 303-739-7002 |
| Facsimile: 303-327-8601 | Email: nrodgers@auroragov.org |
| Email: jonathan@kandf.com | *Attorney for Defendant City of Aurora* |
| jordan@kandf.com | |
| *Attorney for Defendant Ortiz* | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Adam Frank, Esq. [adam@fas-law.com]
Faisal Salahuddin, Esq. [fas@fas-law.com]
*ATTORNEYS FOR PLAINTIFF*

Michael T. Lowe, Esq. [mlowe@brunolawyers.com]
Carrie Lynn Slinkard, Esq. [cslinkard@brunolawyers.com]
*ATTORNEY FOR DEFENDANTS HAWKINS AND ODNEAL*

Nancy C. Rodgers, Esq. [nrodgers@auroragov.org]
*ATTORNEY FOR DEFENDANT CITY OF AURORA, COLORADO*

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:  *N/A*

By: *s/ Jonathan M. Abramson*
Jonathan M. Abramson
Jordan C. Lubeck
KISSINGER & FELLMAN, P.C.
Ptarmigan Place, Suite 900
3773 Cherry Creek North Drive
Denver, CO 80209
Telephone:  303-320-6100
Facsimile:  303-327-8601
Email: jonathan@kandf.com
         jordan@kandf.com
*Attorney for Defendant Jose Ortiz*