**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-02123-REB-KMT

OYZHANA WILLIAMS,

    Plaintiff,

v.

CITY OF AURORA

    Defendant.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

---

Plaintiff OyZhana Williams, through counsel Adam Frank and Faisal Salahuddin of Frank & Salahuddin LLC, and Defendant City of Aurora, through counsel Nancy Rodgers of the Aurora City Attorney's Office, stipulate and agree as follows:

1. That all matters in controversy with respect to Ms. Williams and the City of Aurora are to be dismissed, including the operative complaint and any amendments thereto, and any and all cross claims and counterclaims, whether asserted or not. All such matters have been settled. The parties mutually agree that the operative complaint and any amendments thereto, and any and all cross claims and counterclaims, whether asserted or not, will be dismissed with prejudice.

2. Ms. Williams and the City of Aurora will each pay their own fees and costs.

Dated: May 22, 2018

*/s/ Adam Frank*
Adam Frank
Faisal Salahuddin
FRANK & SALAHUDDIN LLC
1741 High St.
Denver, CO 80218
Telephone: 303-974-1084
Facsimile: 303-974-1085
Email: adam@fas-law.com
       faisal@fas-law.com
*Attorneys for Plaintiff*

*/s/ Nancy C. Rodgers*
Nancy Cornish Rodgers
Aurora City Attorney's Office
15151 East Alameda Parkway, 5th Floor
Aurora, CO 80012
Telephone: 303-739-6014
Facsimile:  303-739-7002
Email: nrodgers@auroragov.org
*Attorney for Defendant City of Aurora*

## CERTIFICATE OF SERVICE

   I hereby certify that on May 22, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that a copy of the foregoing was served via electronic mail through the CM/ECF system, addressed to the following:

Nancy Rodgers
nrodgers@auroragov.org

               *s/Adam Frank*
               FRANK & SALAHUDDIN LLC