**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 17-cv-02123-REB-KMT

OYZHANA WILLIAMS,

    Plaintiff,

v.

MICHAEL HAWKINS, Aurora Police Sergeant, in his individual capacity;
JORDAN ODNEAL, Aurora Police Officer, in his individual capacity;
JOSE ORTIZ, Aurora Police Officer, in his individual capacity; and
THE CITY OF AURORA, COLORADO,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

This matter is before me on (1) the **Stipulation for Dismissal with Prejudice of All Claims Against Defendants Michael Hawkins, Jordan Odneal and Jose Ortiz** [#67],[1] filed May 22, 2018; and (2) the **Stipulation for Dismissal with Prejudice** [#68], filed May 22, 2018.  After reviewing the stipulations and the record, I conclude the stipulations should be approved and this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal with Prejudice of All Claims Against Defendants Michael Hawkins, Jordan Odneal and Jose Ortiz** [#67], filed May 22, 2018, is approved;

---

[1] "[#67]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2.  That the **Stipulation for Dismissal with Prejudice** [#68], filed May 22, 2018, is approved; and

3.  That this action is dismissed with prejudice, with the parties to pay their own attorney fees and costs.

Dated May 22, 2018, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge